# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF SENTENCING HEARING

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,   )
                                    )
vs.                                 )   NO.   CR-18-00196-001-HE
                                    )
OWEN HENRY LONG, JR.,               )
                                    )
                Defendant.   )

Appearances:

| |
|---|
| Nicholas Patterson, AUSA and Jason Harley, AUSA |
| David Autry, Esq., |

| | |
|---|---|
| Judge Joe Heaton, Presiding | Date and Time: 08/28/2019 @ 2:00 p.m. – 3:30 p.m. Total Time: 1.5 hours |
| Lisa Minter, Deputy Clerk | Probation/Pretrial: David Dickerson, USPO |
| Susan Fenimore, Court Reporter | |

**PROCEEDINGS**:

Hearing Type: ☐ Sentencing Hearing - Contested;  **X** Sentencing Hearing - Non-Evidentiary/Non Contested;

☐ Evidence Entered; ☐ Witness Testimony heard;

Sentencing Hearing Status:   Concluded   **X** Yes;   ☐ No;

**X** Sentencing Hearing Held; **X** Objections to PSR heard; ☐ Plea Agreement Accepted; ☐ Plea Agreement NOT Accepted; **X** Sentencing Guidelines Applicable; ☐ Departs Upward; ☐ Departs Downward;   ☒ Other: the court adopts the presentence report as the findings of the court         .

**SENTENCING TEXT**:
☐ . .   Defendant placed on Probation for a term of: _____ ;
**X** . .   Defendant committed to custody of the BOP to be imprisoned for a TOTAL term of: **340 months**;
**X** . .   Defendant placed on Supervised Release for:  **4 years**.

*Minute Sheet - Sentencing Hearing Page 1*                                                      *Revised 03/2011*

☐ . .   Restitution ordered in the amount of $<u>   n/a           </u> and/or Fine imposed in the amount of $ <u>  -0-                                                                                                                </u> ;

☐ . .   Count(s) <u>                                          </u> dismissed on government's motion;

☐ . .   Order dismissing original Indictment/Information to be entered upon government's written motion;

**X** . .   $<u>100.00   </u> special assessment on Count(s)<u> one (1) </u>; of the ☒ Indictment returned 07/17/2018; ☐Information; ☐ Superseding Indictment; ☐ Superseding Information;

☐ . . . .   Defendant ordered to surrender to the designated institution on <u>                        </u>

☐. . .   Defendant failed to appear, bench warrant to be issued;

☐ . . . . Bond ☐ continued; ☐ revoked;

**X** . . . .   Defendant Advised of his right to appeal;

☐ . . . . Defendant Requests Clerk to enter Notice of Appeal;

**X** . . . .   Defendant Custody/Detention continued;

☐ . . . .Defendant **REMANDED** to Custody;

☒ . . . .Court recommends incarceration at: <u>FCI, Buttner, North Carolina           </u>;

OTHER PROCEEDINGS/INFORMATION: <u>See Judgment and Commitment Order for Specifics.</u>